No. A–453 (71–5633). OBA *v.* UNITED STATES. C. A. 9th Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 35, Orig. UNITED STATES *v.* MAINE ET AL. Motion of Florida Council of 100, Inc., for leave to file a brief as *amicus curiae* granted. [For earlier orders herein, see, *e. g.,* 403 U. S. 949.]

No. 70–5388. LOPER *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. [Certiorari granted, *ante,* p. 821.] Motion of petitioner to have A. C. Turner et al., acting members of the Board of Pardons and Paroles of Texas, joined as parties respondent granted. Motion of petitioner for the appointment of counsel granted. It is ordered that John T. Cabaniss, Esquire, of Houston, Texas, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 71–5267. MORRISON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR; and

No. 71–5278. SMITH *v.* CALIFORNIA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–5044. WELCH *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. Motion to amend petition granted. Motion for leave to file petition for writ of mandamus denied.